1  ADRIENNE C. PUBLICOVER (SBN 161432)
   Email: adrienne.publicover@wilsonelser.com
2  DENNIS J. RHODES (SBN 168417)
   Email: dennis.rhodes@wilsonelser.com
3  WILSON, ELSER, MOSKOWITZ,
     EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, California  94105
5  Tel: (415) 433-0990
   Fax: (415) 434-1370
6
7  Attorneys for Defendant
   PRINCIPAL LIFE INSURANCE COMPANY
8
9  JESSICA LYNN MATTAVI (SBN 254631)
   Email: jmattavi@sacfirm.com
10 STEPHENSON, ACQUISTO & COLMAN
   303 North Glenoaks Blvd., Suite 700
11 Burbank, California 91502
   Tel: 818-559-4477
12  Fax: 818-559-5484
13
   Attorneys for
14 PLAINTIFF ENLOE MEDICAL CENTER
15
16              **UNITED STATES DISTRICT COURT**
17
                **EASTERN DISTRICT OF CALIFORNIA**
18

19 ENLOE MEDICAL CENTER, a California      ) Case No.:  2:10-CV-02227-KJM-DAD
   nonprofit public benefit corporation,   )
20                                          )
                                            )
21               Plaintiff,                 ) **THE PARTIES JOINT STIPULATION TO**
                                            ) **CONTINUE THE MOTION HEARING**
22        vs.                               ) **CUT OFF DATE BY THIRTY (30) DAYS**
                                            ) **FOR GOOD CAUSE**
23 PRINCIPAL LIFE INSURANCE COMPANY,        )
   an Iowa Corporation; and DOES 1 THROUGH  )
24 25, inclusive,                           )
                                            ) State Action Filed:        June 11, 2010
25               Defendants.                )
                                            )
26                                          )
                                            )
27

                                  1
28    **JOINT STIPULATION TO CONTINUE THE MOTION HEARING CUT OFF DATE**
   USDC EDCA Case # 2:10-CV-02227-KJM-DAD

1    **TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2        The last date for hearing on the parties' dispositive motions is currently set by this Court for

3    July 8, 2011 in the above captioned matter.  This matter is currently set for Trial beginning November

4    7, 2011.

5        All parties and their attorneys of record hereby agree and stipulate to continue the cut off date

6    for hearing of the parties' dispositive motions and related deadlines by thirty (30) days and request the

7    court grant this thirty (30) day continuance to August 7, 2011.

8        There have been no prior requested continuances regarding this deadline and related deadlines.

9     Furthermore, good cause exists for the continuance of this hearing and its related deadlines for the

10   following reasons:

11       Due to the availability of hearing days on the Court's motion calendar and the need to provide

12   proper notice of a motion for summary judgment, the parties agree that it is necessary to continue the

13   dispositive motion deadline and related deadlines by thirty (30) days.

14       The thirty day continuance is requested in good faith and not to delay the proceedings in this

15   matter.  The trial date in this matter is not affected by the requested extension.

16

17       THE FOREGOING IS SO STIPULATED:

18

19

20

21

22

23

24

25

26

27

28
**JOINT STIPULATION TO CONTINUE THE MOTION HEARING CUT OFF DATE**
USDC EDCA Case # 2:10-CV-02227-KJM-DAD

1   DATED:  May 18, 2011                    WILSON, ELSER MOSKOWITZ, EDELMAN &
2                                           DICKER, LLP

3

4                                            By: _____
                                            DENNIS J. RHODES
5                                           Attorneys for Defendant
                                            PRINCIPAL LIFE INSURANCE COMPANY
6

7
    DATED: May 18, 2011                     STEPHENSON, ACQUISTO & COLMAN
8

9
                                            By: _____
10                                            JESSICA LYNN MATTAVI
                                              Attorneys for Plaintiff
11                                            ENLOE MEDICAL CENTER

12

13

14                                   **ORDER**

15       Good cause appearing therefore, the Court hereby orders that the Hearing Cut Off Date on the

16   parties' dispositive motions is continued to August 7, 2011.

17   IT IS SO ORDERED.

18   DATED:  May 20, 2011.

19                                           _____
                                            UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27
                                            3
28   **JOINT STIPULATION TO CONTINUE THE MOTION HEARING CUT OFF DATE**
     USDC EDCA Case # 2:10-CV-02227-KJM-DAD