1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ENLOE MEDICAL CENTER, a California
     nonprofit public benefit corporation,
11
                 Plaintiff,                       No. CIV S-10-2227 KJM DAD
12
             vs.
13
     PRINCIPAL LIFE INSURANCE COMPANY,
14   an Iowa Corporation; and DOES 1 THROUGH
     25, inclusive,
15
                 Defendants.
16                                                ORDER
     _____/
17

18              On July 6, 2011, the parties filed a stipulation whereby they agreed that certain

19   submissions filed by Principal Life Insurance Company ("defendant") contained information that

20   is required to be redacted under Local Rule 140 and the Health Insurance Portability and

21   Accountability Act.  ECF 21.  As a remedy to the problem, the parties suggest wholesale sealing

22   of defendant's improper filings.  This proposal fails to comport with the local rule requirements

23   and the presumption that civil case documents are public.  Sealing is inappropriate where

24   redaction would suffice to protect the relevant interest.  *See Foltz v. State Farm Mutual*

25   *Automobile Insurance Co.*, 331 F.3d 1122, 1136 (9th Cir. 2003) (rejecting sealing where

26   third-party medical and personnel information could be easily redacted).  The parties are ordered

                                                  1

1  to submit properly redacted copies of docket entries 16 and 17 along with a request to replace the

2  images on CM/ECF.

3          Defendant's request to seal the Preferred Provider Agreement is DENIED for

4  failure to comply with the requirements set forth in Local Rule 141 and for failing to articulate a

5  compelling reason for sealing.  *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172,

6  1180 (9th Cir. 2006) ("[t]hose who seek to maintain the secrecy of documents attached to

7  dispositive motions must meet the high threshold of showing that 'compelling reasons' support

8  secrecy").

9          IT IS SO ORDERED.

10 Dated:  July 11, 2011.

11 _____

12 UNITED STATES DISTRICT JUDGE